AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| William Degenhart, M.D., )<br>*Plaintiff* )<br>v. )<br>Arthur State Bank and Chicago Title )<br>Insurance Company, )<br>*Defendants* | Civil Action No.    3:12-458-CMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ the plaintiff, William Degenhart, M.D., take nothing of the defendant, Chicago Title Insurance Company, and this action is dismissed without prejudice, except as to the theories expressly pleaded, as to this defendant.

■ the plaintiff, William Degenhart, M.D., take nothing of the defendant, Arthur State Bank, and this action is dismissed without prejudice as to this defendant for failure to timely serve as required by Rule 4(m) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, US District Judge, presiding.  The Court having heard and granted Chicago Title Insurance Company's motion to dismiss and, having determined that the plaintiff failed to timely serve Arthur State Bank.

Date:   July 12, 2012                                                *LARRY W. PROPES, CLERK OF COURT*

                                                                                                          s/Charles L. Bruorton
                                                                                               *Signature of Clerk or Deputy Clerk*